## TOLIVER *v*. THE STATE.

EVANS, P. J. 1. Where the prosecution introduces testimony that the deceased was heard to have made certain exclamations at the time the mortal wound was inflicted, indicating an unprovoked assault upon him by the accused, and his dying declaration that the accused shot him, and testimony that the accused admitted the killing, stating that he did not know "how come him to shoot him" (the deceased), a conviction does not depend entirely upon circumstantial evidence, and therefore it is not erroneous to omit an instruction on the law of circumstantial evidence.

2. The evidence did not authorize a charge on the law of voluntary manslaughter.

3. The evidence warranted the verdict. The charge was explicit and comprehensive, and no reason appears for the granting of a new trial.

> *Judgment affirmed. All the Justices concur.*
> MAY 14, 1912.

Indictment for murder. Before Judge Worrill. Miller superior court. February 3, 1912.

*William I. Geer,* for plaintiff in error.

*T. S. Felder, attorney-general;* and *J. A. Laing, solicitor-general,* by *R. R. Arnold,* contra.

---

## WEBB *v*. THE STATE.

BECK, J. 1. Where, after a verdict of guilty is rendered in a criminal case, in the motion for a new trial the competency of one of the jurors is attacked on the ground that the juror was not impartial and that he was biased and prejudiced, and the evidence as to the disqualification of the juror before the trial judge is conflicting, this court will not reverse the finding, unless it appears that the judge below abused the discretion with which the law invests him in passing upon the conflicting evidence and holding that the juror was not incompetent under the evidence. *Hackett* v. *State,* 108 *Ga.* 40 (33 S. E. 842).

2. The evidence authorized the verdict.

> *Judgment affirmed. All the Justices concur.*
> MAY 14, 1912.

Indictment for murder. Before Judge Worrill. Early superior court. February 29, 1912.

*Rambo & Wright,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *J. A. Laing, solicitor-general,* by *R. R. Arnold,* contra.